COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| STEPHEN GILBERTSON, | § | No. 08-12-00109-CR |
| Appellant, | § | Appeal from the |
| v. | § | 120th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20100D04462) |
| | § | |

## MEMORANDUM OPINION

Stephen Gilbertson is attempting to appeal his conviction for aggravated assault with a deadly weapon. Because Appellant did not file a timely notice of appeal, we dismiss the appeal.

By letter dated March 28, 2012, the clerk of this Court advised Appellant that she had filed Appellant's notice of appeal. The clerk further advised Appellant of the Court's intent to dismiss the appeal for want of jurisdiction because the notice of appeal did not appear to be timely. The clerk informed Appellant that unless he could show grounds for continuing the appeal within ten days, the appeal could be dismissed without further notice. To this date, Appellant has not responded to the clerk's letter.

A timely notice of appeal is necessary to invoke this Court's jurisdiction. *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). The record before us reflects that sentence was

imposed in open court on December 14, 2011. Appellant's notice of appeal was due to be filed on January 13, 2012, thirty days after the date sentence was imposed in open court. *See* TEX. R. APP. P. 26.2(a); *see also* TEX. R. APP. P. 4.1(a) (providing that if the last day of a period falls on a weekend or a legal holiday, the period extends to the next day that is not a Saturday, Sunday, or legal holiday). To obtain an extension of time to file the notice of appeal, Appellant was required to file both the notice of appeal and a motion for extension of time within fifteen days of the due date. *See* TEX. R. APP. P. 26.3. Appellant did not comply with this procedure. His notice of appeal, received in this Court on March 28, 2012, was not timely. Accordingly, we dismiss the appeal for want of jurisdiction.


                              GUADALUPE RIVERA, Justice

April 25, 2012

Before McClure, C.J., Rivera, J., and Antcliff, J.

(Do Not Publish)